Fill in this information to identify the case:

Debtor 1   Rusty L. Bodey

Debtor 2
(Spouse, if filing)   Jill E. Bodey

United States Bankruptcy Court for the: Northern District of Illinois

Case Number   19-82035 TML

Official Form 410S1
# Notice of Mortgage Payment Change                                         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor**: PNC Bank, N.A.

**Court claim no.** (if known): 7

**Last four digits** of any number you use to identify the debtor's account: 0562

**Date of payment change:**
Must be at least 21 days after date of this notice    03/ 07/2021

**New total payment:**    $ 454.47
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:_____

   Current escrow payment: $_____    New escrow payment: $_____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:_____

   Current interest rate:                        New interest rate:

   Current principal and interest payment:      New principal and interest payment:

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change:   Daily Simple Interest Accrual for Billing Period

   **Current mortgage payment**: $424.54    **New mortgage payment**: $454.47

Debtor 1    Rusty L. Bodey
          First Name    Middle Name    Last Name

Case number (if known) 19-82035

**Part 3:**    **Sign Here**

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Marika Dienes
       Signature

Date   2 / 12 / 2021

Print:    Marika Dienes

Title:    Support Specialist

Company    PNC Bank, National Association

Address:    P.O. Box 94982
             Number    Street

            Cleveland, OH 44101-0570
             City    State    ZIP Code

Contact Phone: 1-800-642-6323 Ext.

Email: bankruptcy@pnc.com

UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois (Western Division)

| IN RE: **Rusty L. Bodey**<br>**Jill E. Bodey** | Case No. **19-82035**<br>Judge    Thomas M. Lynch<br>Chapter  13 |
|---|---|

CERTIFICATE OF SERVICE OF
NOTICE OF MORTGAGE PAYMENT CHANGE

I, the undersigned, hereby certify that, on 2/12/2021, a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: **Henry Repay**
Trustee: **Lydia Meyer**
Office of the United States Trustee

Further, I certify that, on 2/12/2021, a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

**Rusty L. Bodey**　　　　　　　　　　106 West Park Street
Jill E. Bodey　　　　　　　　　　　　　Box 256
　　　　　　　　　　　　　　　　　　　Poplar Grove, IL 61065

　　　　　　　　　　　　　　　　　　　By: /s/ Marika Dienes
　　　　　　　　　　　　　　　　　　　Marika Dienes
　　　　　　　　　　　　　　　　　　　PNC Bank, N.A.
　　　　　　　　　　　　　　　　　　　P. O. Box 94982
　　　　　　　　　　　　　　　　　　　Cleveland, Ohio  44101
　　　　　　　　　　　　　　　　　　　855-245-3814